IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES H. JULIAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-06-220 |
| | § | |
| THE CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accord with the Findings of Fact and Conclusions of Law entered this date, it is

ORDERED that Plaintiff Charles H. Julian shall have and recover from Defendant The City

of Houston, the sum of $85,070.44 as backpay, with prejudgment interest on that amount at an

annual rate of 4.24% from September 15, 2004, through October 15, 2007; the sum of $41,055.35

as front pay; attorney's fees in the amount of $12,312.50; costs in the in the amount of $295.00, and

post-judgment interest on the entire amount owed at a rate of 3.18% from the date this Judgment is

entered until the date it is paid.

This is a FINAL JUDGMENT.

Signed at Houston, Texas, this 15th day of January, 2008.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE